# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

DAVID ROSARIO; SONYA EALY,

        Plaintiff(s),

vs.

RECONTRUST COMPANY; FANNIE MAE and BANK OF AMERICA,

        Defendant(s).

Case No. 2:10-cv-1759-RLH-RJJ

**O R D E R**
(Motion for Remand–#13)

      Before the Court is Plaintiffs' **Motion for Remand** (#13, filed November 4, 2010). Defendants' Opposition (#17) was filed November 17, 2010. The Motion will be denied.

      The Motion is based on a claim that the case does not qualify for removal because (1) the amount in controversy does not exceed $75,000 (Plaintiffs claim the house is worth less than $70,000, and that the claims of the complaint for compensatory and punitive damages, damages for fraud, misrepresentation, and negligence amounts to a grand total of $50,000.); and (2) Fannie Mae did not join in the petition for removal.

      Those claims do not have merit. The property in question sold at a foreclosure sale for $85,700.00. Also, there is at controversy an underlying debt in the amount of $288,000.00, represented by a promissory note. When the claims for fraud and punitive damages are considered, the amount in controversy easily exceeds $75,000.00, notwithstanding Plaintiffs' protestations.

////

1

Furthermore, ReconTrust was first served on September 30, 2010 and Fannie Mae consented to removal on October 20, 2010, which is within thirty days.  Accordingly, the Motion to Remand is without merit and will be denied.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remand (#13) is DENIED.

Dated: November 30, 2010.

_____
**Roger L. Hunt**
**Chief United States District Judge**